No. 22-1280

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

COALITION FOR TJ,

*Plaintiff-Appellee*,

*v.*

FAIRFAX COUNTY SCHOOL BOARD,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Eastern District of Virginia No. 1:21 Civ. 296
Before the Honorable Judge Claude M. Hilton

**BRIEF FOR AMICI CURIAE PROFESSORS OF SOCIAL SCIENCE AND
EDUCATION POLICY IN SUPPORT OF DEFENDANT-APPELLANT
FAIRFAX COUNTY SCHOOL BOARD SEEKING REVERSAL**

SUSAN M. PELLETIER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

DEBO P. ADEGBILE
CLARA S. SPERA
LYDIA J. TURNAGE
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

May 13, 2022

# TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ................................................................. ii

INTEREST OF AMICI CURIAE .......................................................... 1

INTRODUCTION AND SUMMARY OF ARGUMENT ....................................... 1

ARGUMENT ............................................................................... 4

I.    DIVERSITY IN SECONDARY EDUCATION BENEFITS ALL STUDENTS AND
      SOCIETY ........................................................................... 4

II.   INEQUITIES IN THE SELECTIVE HIGH SCHOOL ADMISSIONS PROCESS
      INHIBIT DIVERSITY .............................................................. 8

III.  OVERRELIANCE ON TEST-BASED ASSESSMENTS DOES NOT OBJECTIVELY
      MEASURE ACADEMIC POTENTIAL ................................................. 14

      A.    Standardized Tests Measure Only A Partial Picture Of
            Academic Ability and Potential ........................................ 15

      B.    Standardized Tests Are Unreliable Predictors of
            Academic Success ...................................................... 18

      C.    There Are Strong Education-Based Reasons to Change
            Admissions Systems .................................................... 23

CONCLUSION ............................................................................ 26

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF SERVICE

ADDENDUM

# TABLE OF AUTHORITIES

## RULE PROVISIONS

Page

Fed. R. App. P. 29 .................................................................................1

## OTHER AUTHORITIES

Bhatt, Rachana, *The Impacts of Gifted and Talented Education*,
Georgia State University Andrew Young School of Policy
Studies Research Paper Series, Working Paper No. 09-11
(2009), *available at* https://aysps.gsu.edu/download/the-
impacts-of-gifted-and-talented-education/?wpdmdl=
6488748&refresh=627d548ae7de91652380810 ...........................................11

Bowman, Nicholas A. & Nida Denson, *What's Past is Prologue: How
Precollege Exposure to Racial Diversity Shapes the Impact of
College Interracial Interactions*, 53 Rsch. Higher Educ. 406
(2012)...............................................................................................8

Budiman, Abby & Neil G. Ruiz, *Key Facts About Asian Americans, A
Diverse and Growing Population*, Pew Research Center
(Apr. 29, 2021), *available at* https://www.pewresearch.org/fact-
tank/2021/04/29/key-facts-about-asian-americans/................................12, 22

Card, David & Laura Giuliano, *Does Gifted Education Work?
For Which Students?* National Bureau of Economic Research,
Working Paper No. 20453 (2014), *available at*
https://www.nber.org/system/files/working_papers/w20453/w2
0453.pdf ...............................................................................10, 11

Cheryan, Sapna & Galen V. Bodenhausen, *When Positive Stereotypes
Threaten Intellectual Performance: The Psychological Hazards
of "Model Minority" Status*, 11 Psych. Sci. 339 (2000) ..............................20

Clark, Juliet, *From Massive Resistance to Quiet Evasion: The
Struggle for Educational Equity and Integration in Virginia*,
107 Va. L. Rev. 1115 (2021)...........................................................9

Complaint of NAACP Legal Defense and Educational Fund, et al (OCR June 9, 2011), *available at* https://www.naacpldf.org/wp-content/uploads/Specialized-High-Schools-Complaint-Draft-FINAL.pdf .................................................................................24

Corcoran, Sean P. & E. Christine Baker-Smith, *Pathways to an Elite Education: Application, Admission, and Matriculation to New York City's Specialized High Schools*, 13 Educ. Fin. & Pol'y 256 (2018).................................................................................16, 17, 19

Dovidio, John F., et al., *Implicit and Explicit Prejudice and Interracial Interaction*, 82 J. Personality & Soc. Psych. 62 (2002)...........................................................................................7

Fairfax County Public Schools, *About FCPS*, *available at* https://www.fcps.edu/about-fcps (visited May 12, 2022) ..............................9

Fairfax County Public Schools, *Free and Reduced-Price Meals*, *available at* https://www.fcps.edu/resources/student-safety-and-wellness/food-and-nutrition-programs/free-and-reduced-price-meals (visited May 12, 2022) ..........................................................9

Feinman, Joshua, *High Stakes but Low Validity? A Case Study of Standardized Tests and Admissions into New York City's Specialized High Schools* (2008), *available at* https://nepc.colorado.edu/sites/default/files/pb-feinman-nyc-test_final.pdf ..............................................................17, 19, 22, 23

Gibbs, Jr., Kenneth, *Diversity in STEM: What It Is and Why It Matters*, Scientific American (Sept. 10, 2014), *available at* https://blogs.scientificamerican.com/voices/diversity-in-stem-what-it-is-and-why-it-matters/........................................................6

Greenwald, Anthony G. & Linda H. Krieger, *Implicit Bias: Scientific Foundations*, 94 Cal. L. Rev. 945 (2006).......................................7

Grissom, Jason A., et al., *Money over Merit? Socioeconomic Gaps in Receipt of Gifted Services*, 89 Harv. Educ. Rev. 337 (2019) .................10, 11

Grissom, Jason A., et al., *Teacher and Principal Diversity and the Representation of Students of Color in Gifted Programs: Evidence from National Data*, 117 Elementary Sch. J. 396 (2017) ........................................................................................................ 11

Grissom, Jason A. & Christopher Redding, *Discretion and Disproportionality: Explaining the Underrepresentation of High-Achieving Students of Color in Gifted Programs*, 2 AERA Open 1 (2016), *available at* https://journals.sagepub.com/doi/ pdf/10.1177/2332858415622175 ................................................................... 11

Irizarry, Yasmiyn & Emma D. Cohen, *Of Promise and Penalties: How Student Racial-Cultural Markers Shape Teacher Perceptions*, 11 Race & Soc. Problems 93 (2019) ................................. 20, 21

Johnson, Rucker C., *Children of the Dream: Why School Integration Works* (2019) .................................................................................................. 5

Joo, Nathan, et al., *Asian-American Success and the Pitfalls of Generalization,* Brookings Institution (Apr. 20, 2016), *available at* https://www.brookings.edu/research/asian-american-success-and-the-pitfalls-of-generalization/ ........................... 13, 22

Kochhar, Rakesh & Anthony Cilluffo, *Income Inequality in the U.S. Is Rising Most Rapidly Among Asians*, Pew Research Center (July 12, 2018), *available at* https://www.pewresearch.org/ social-trends/2018/07/12/income-inequality-in-the-u-s-is-rising-most-rapidly-among-asians/ ........................................................................ 12

Koretz, Daniel, *Measuring Up: What Educational Testing Really Tells Us* (2008) ........................................................................ 16, 17, 19, 22

Lee, Stacey J., *Additional Complexities: Social Class, Ethnicity, Generation, and Gender in Asian American Student Experiences*, 9 Race Ethnicity & Educ. 17 (2006) ....................................... 13

Lee, Jennifer & Min Zhou, *From Unassimilable to Exceptional: The Rise of Asian Americans and "Stereotype Promise"*, 16 New Diversities 7 (2014) ........................................................................ 20, 21

Mickelson, Roslyn A., *The Academic Consequences of Desegregation and Segregation: Evidence from the Charlotte-Mecklenburg Schools* (Aug. 15, 2002), *available at* https://civilrights project.ucla.edu/research/k-12-education/integration-and-diversity/the-academic-consequences-of-desegregation-and-segregation-evidence-from-the-charlotte-mecklenburg-schools/mickelson-academic-consequences-desegregation.pdf.................5, 6

Mickelson, Roslyn A. & Martha Bottia, *Integrated Education and Mathematics Outcomes: A Synthesis of Social Science Research*, 88 N.C. L. Rev. 993 (2010) ...........................................6

National Center for Education Statistics, *Indicator 8: English Language Learners in Public Schools* (Feb. 2019), *available at* https://nces.ed.gov/programs/raceindicators/indicator_rbc.asp#:~:text=public%20school%20enrollment.-,Over%20three%2Dquarters%20of%20ELL%20students%20were%20Hispanic%20(77.7%20percent,3.7%20percent%20(178%2C100%20students)..............................................................12

Phillippo, Kate, *A Contest Without Winners: How Students Experience Competitive School Choice* (2019)..............................12

Pica-Smith, Cinzia & Timothy A. Poynton, *Supporting Interethnic and Interracial Racial Friendships Among Youth to Reduce Prejudice and Racism in Schools: The Role of the School Counselor*, 18 Am. Sch. Counselor Ass'n 82 (2018)......................................7

Quinn, Rand, *Class Action: Desegregation and Diversity in San Francisco Schools* (2020)................................................8

Reardon, Sean F. & Ann Owens, *60 Years After* Brown*: Trends and Consequences of School Segregation*, 40 Ann. Rev. Socio. 199 (2014)................................................................7

Reardon, Sean F., *The Widening Academic Achievement Gap Between the Rich and the Poor: New Evidence and Possible Explanations,* in *Whither Opportunity?: Rising Inequality, Schools, and Children's Life Chances* 91 (G.J. Duncan & R.J. Murnane, eds., 2011) ..................................................10

Reeves, Richard V. & Ashley Schobert, *Elite or Elitist? Lessons for Colleges from Selective High Schools*, Brookings Institution (2019), *available at* https://www.brookings.edu/research/elite-or-elitist-lessons-for-colleges-from-selective-high-schools/ ..........................8

Rucinski, Melanie & Joshua Goodman, *Racial Diversity and Measuring Merit: Evidence from Boston's Exam School Admissions*, Education Finance & Policy (2021) ..............................15, 16, 19

Thomas Jefferson High School for Science and Technology, *Demographics*, *available at* https://schoolprofiles.fcps.edu/schlprfl/f?p=108:13:::NO::P0_CURRENT_SCHOOL_ID,P0_E DSL:300,0 (visited May 12, 2022)..................................9

Treschan, Lazar, et al., *The Meaning of Merit: Alternatives for Determining Admission to New York City's Specialized High Schools*, New York: Community Service Society & NAACP Legal Defense and Educational Fund (2013), *available at* https://smhttp-ssl- 58547.nexcesscdn.net/nycss/images/uploads/pubs/CSS_MeaningOfMerit_finalWebSmaller.pdf ................*passim*

Wells, Amy S., et al., *How Racially Diverse Schools and Classrooms Can Benefit All Students*, The Century Foundation (Feb. 9, 2016), *available at* https://production-tcf.imgix.net/app/uploads/2016/02/09142501/HowRaciallyDiverse_AmyStuartW ells-11.pdf ........................................................5, 6, 7, 8

## INTEREST OF AMICI CURIAE[1]

Amici are social scientists and academics whose research focuses on school admissions policies, equity in gifted and talented programs and selective high school admissions, and diversity in secondary education. Amici submit this brief to provide empirical support for the importance of diversity in secondary education and to explain how traditional admissions criteria for selective high schools, including over-reliance on standardized testing, have historically disadvantaged Black, Latinx, low-income, and English Language Learner ("ELL") applicants, including low-income and ELL Asian American students. A full list of amici is provided in the addendum to this brief.

## INTRODUCTION AND SUMMARY OF ARGUMENT

The district court erred in finding that Thomas Jefferson High School for Science and Technology's ("TJ") new admissions policy discriminates against Asian American applicants and in concluding that the policy is not justified by a compelling government interest. Academic and expert consensus recognizes the importance of ensuring diversity in all its facets—including racial, ethnic, cultural, linguistic, and socioeconomic—in secondary education. Selective high schools

---

[1] Pursuant to Fed. R. App. P. 29(a)(4)(E), amici state that no party's counsel authored this brief in whole or in part, no party or party's counsel contributed funding to the preparation or submission of this brief, and that no person other than amici or their counsel contributed funding to the preparation or submission of this brief. All parties have consented to the filing of this brief.

like TJ often lack such diversity, in part due to admissions criteria that have

historically acted and continue to act as barriers to effective participation in the

admissions process for Black, Latinx, low-income, and ELL students, including

low-income and ELL Asian-American students.  Selective schools that rely only or

primarily on standardized testing for admission deny students an equal opportunity

to compete for admission, in part because such testing favors students with the

greatest socioeconomic resources and access to institutional knowledge.  TJ's new

admissions policy, which attempts to account for these inequities by eliminating

standardized testing requirements and taking grades, coursework, and certain

experiential information into account, represents an important step in remedying

the history of and continuing inequality in selective high school admissions.[2]

TJ's prior admissions system is not an appropriate baseline against which to

compare the new admissions policy.  That system, which relied almost exclusively

on standardized testing, produced inequitable outcomes.  It also served as a flawed

and limited measure of academic potential, and the results it produced cannot be

viewed as a neutral or effective means of differentiating between students.

---

[2] The four "Experience Factors" that the new admissions policy takes into account are "an applicant's (a) attendance at a middle school deemed historically underrepresented at TJ; (b) eligibility for free and reduced price meals; (c) status as an English language learner; and (d) status as a special education student." JA2958.

Standardized tests measure different things, and there is no one definition of "merit" that these tests can assess. Among the different attributes that school systems may deem important in selecting among students, standardized tests can, at most, give a partial picture into only some. The decision whether to use such tests, which tests to use, how to score them, and how to use those scores is highly dependent on various subjective, educational judgments.

Even when these objectives are identified, standardized tests have flaws that make them imperfect predictive measures. Standardized tests can fail to accurately distinguish between students for a variety of reasons. Standardized tests have been shown to favor students with access to expensive preparatory programs and students who have benefitted from heightened teacher expectations based on their race or ethnicity. Research also shows that test results can be arbitrary, treating statistically similar test performers differently. Further, the reliance on tests itself has been found to affect the pool of applicants that apply to competitive secondary schools, diminishing the tests' ability to identify the top students in a given geographic area.

For all of these reasons, the district court's approach to assessing TJ's new admissions policy inappropriately treats the results of the prior system as intrinsically valid. In doing so, it locks in a flawed and subjective system while preventing the Fairfax County School Board from exercising its educational

judgment to establish a system that more effectively and fairly identifies exceptional students and fosters equitable access to this academic resource. The fact that some students experienced success under the old admissions policy but not the new one says little about the new policy's ability to achieve those goals, or its purpose or effect on applicant populations. The district court's approach, if broadly accepted, would have a similar inhibitive effect in school systems across the country without ensuring the equal treatment mandated by the Constitution.

## ARGUMENT

I. **DIVERSITY IN SECONDARY EDUCATION BENEFITS ALL STUDENTS AND SOCIETY**

The Fairfax County School Board's new admissions system recognizes the value and importance of diversity at TJ. Decades of empirical evidence support the conclusion that the compelling benefits of diversity in education already recognized by the courts in the university context extend to secondary schools. Schools that are racially, economically, geographically, and culturally diverse offer academic and social benefits for all students and can lead to increased overall school quality.

Integrated schools have demonstrated long-term academic and social benefits for all students, including students who face structural barriers to access. For example, Black children born between 1945 and 1970 who attended schools subject to court orders to desegregate graduated at higher rates than Black students

who did not attend such schools. Johnson, *Children of the Dream: Why School Integration Works*, Fig. 2.7 (2019). Compared to those who continued to attend segregated schools, Black students who attended and graduated from desegregated schools had increased earnings, a decreased likelihood of incarceration, and experienced lower levels of poverty. *Id.* at Figs. 2.8, 2.9, 2.10; *see also* Mickelson, *The Academic Consequences of Desegregation and Segregation: Evidence from the Charlotte-Mecklenburg Schools* 6-8 & tbl. 1, 17 (Aug. 15, 2002) (finding that, in a controlled study of a school district in North Carolina, students in segregated classrooms had lower reading achievement than students in integrated classrooms).

Further, the benefits of diversity in schools are felt by *all* students, not just those who have been historically underrepresented. For example, students who attend racially diverse schools benefit from "exposure to other students who are different from themselves," bringing with them "novel ideas and challenges" that lead "to improved *cognitive skills, including critical thinking and problem solving*." Wells et al., *How Racially Diverse Schools and Classrooms Can Benefit All Students* 8, The Century Foundation (Feb. 9, 2016); *see also id.* at 14 ("[D]iverse classrooms, in which students learn cooperatively alongside those whose perspectives and backgrounds are different from their own, are beneficial to all students … because they promote creativity, motivation, deeper learning, critical thinking, and problem-solving skills."); *see also* Mickelson, *The Academic*

*Consequences of Desegregation and Segregation* 7-8 ("[D]iversity inhibits 'automacity' in thinking: the tendency to travel down the same thinking paths we developed in the past.  As a result, thinking is pushed to higher levels, the so-called critical thinking skills.").[3]  Similarly, the academic benefits of diverse socioeconomic composition schools for students are unambiguous.  Research "indicates that children from less advantaged families benefit academically from [socioeconomic status] integration while those from the middle class are not hurt, and may benefit from it."  Mickelson & Bottia, *Integrated Education and Mathematics Outcomes: A Synthesis of Social Science Research*, 88 N.C. L. Rev. 993, 1037 (2010).

Additionally, increased diversity in schools has a direct benefit on "'nonminority' white students."  Wells, *How Racially Diverse Schools and Classrooms Can Benefit All Students* 8.  "White students in particular benefit from racially and ethnically diverse learning contexts in that the presence of students of color stimulates an increase in the complexity with which students—especially white students—approach a given issue."  *Id.* at 9.  In other words, the inclusion and promotion of different perspectives—"especially divergent ones"—leads to

---

[3] Beyond the general benefits of diversity in schools, diversity in Science, Technology, Engineering, and Math ("STEM") education—like at a selective school like TJ—is an important contributor to a diverse scientific community and workforce.  *See, e.g.*, Gibbs, Jr., *Diversity in STEM: What It Is and Why It Matters*, Scientific American (Sept. 10, 2014).

improved learning outcomes. *Id.* And there is no evidence that increasing diversity in schools harms educational outcomes for any student. *See* Reardon & Owens, *60 Years After* Brown: *Trends and Consequences of School Segregation*, 40 Ann. Rev. Socio. 199, 214 (2014) ("Studies [that estimate the effect of segregation on educational outcomes] show that desegregation led to improvements in the educational outcomes of black students while not harming those of white students."). Moreover, diverse schools lead to more interethnic and interracial friendships, which "are crucial to child development, decreasing prejudice and developing positive racial attitudes." Pica-Smith & Poynton, *Supporting Interethnic and Interracial Racial Friendships Among Youth to Reduce Prejudice and Racism in Schools: The Role of the School Counselor*, 18 Am. Sch. Counselor Ass'n 82, 83 (2018).

Conversely, non-diverse learning environments pose serious potential threats to educational and personal development. When students learn in segregated environments, their experiences are more likely to reinforce their "implicit bias[es]," which can lead to long-lasting discriminatory behaviors. Greenwald & Krieger, *Implicit Bias: Scientific Foundations*, 94 Cal. L. Rev. 945, 964-965 (2006). This bias fosters stereotyping, and conditions students to favor members from their same racial or ethnic group and to stigmatize those from others. *See* Dovidio et al., *Implicit and Explicit Prejudice and Interracial Interaction*, 82 J.

Personality & Soc. Psych. 62, 66-67 (2002); *see also* Wells, *How Racially Diverse Schools and Classrooms Can Benefit All Students* 9 ("insufficient racial diversity" exacerbates "the persistence of *implicit bias* toward members of minority racial groups that interferes with the educational process").

The benefits of diversity in secondary school are also felt in the higher education context: Students who are exposed to diverse environments in secondary school tend to report high levels of college satisfaction, emotional well-being, and race-related perceptions once they reach college. *See* Bowman & Denson, *What's Past is Prologue: How Precollege Exposure to Racial Diversity Shapes the Impact of College Interracial Interactions*, 53 Rsch. Higher Educ. 406, 410 (2012). To the extent that courts have recognized the educational benefits of diversity in higher education, those benefits are compounded when students come to college having already participated in diverse educational environments.

## II. INEQUITIES IN THE SELECTIVE HIGH SCHOOL ADMISSIONS PROCESS INHIBIT DIVERSITY

The racial and economic composition of selective high schools is often significantly out of step with the communities these schools serve, with student populations that are disproportionately white, Asian, and affluent. *See e.g.,* Reeves & Schobert, *Elite or Elitist? Lessons for Colleges from Selective High Schools*, Brookings Institution (2019); *see also* Quinn, *Class Action: Desegregation and Diversity in San Francisco Schools* 92 (2020) (noting historic concerns that the

- 8 -

demographic makeup of San Francisco's selective Lowell High School was
unrepresentative of the diversity of the city's student population).  Demographics
at TJ have followed this trend.[4]  These disparities have been linked to the criteria
that selective high schools have traditionally chosen to prioritize in the admissions
process, including an overreliance on standardized test scores, which can act as
barriers to effective participation in the admissions process for Black, Latinx, ELL,
and low-income students.[5]  *See infra* 14-26.

Students competing for access to selective high schools like TJ are not doing
so on an equal playing field.  Race, ethnicity, and socioeconomic status ("SES") all
shape access to educational opportunities at the elementary and middle school level
that can determine a student's competitiveness in the selective high school
admissions process.  Affluent families can (and do) invest more resources,

---

[4] For example, in fall 2020, the county-wide racial and ethnic makeup of
Fairfax County Public School students was 36.8% White; 27.1% Hispanic; 19.8%
Asian; 10.0% Black; 5.9% two or more races; 0.3% American Indian; and 0.1%
Native Hawaiian.  *See* Fairfax County Public Schools, *About FCPS*.  For the 2020-
21 school year, the racial and ethnic makeup of TJ students was 71.97% Asian;
18.34% White; 3.05% Hispanic or Latino; 1.77% Black, and 4.88% "Other."  *See*
Thomas Jefferson High School for Science and Technology, *Demographics*.
During that same period, approximately 34% of FCPS students were eligible for
free and reduced-price meals, while only 2.27% of TJ students were similarly
eligible.  *See* Fairfax County Public Schools, *Free and Reduced-Price Meals*.

[5] In Virginia where TJ sits, these demographic disparities are also reflective
of a long history of school segregation.  *See, e.g.*, Clark*, From Massive Resistance
to Quiet Evasion: The Struggle for Educational Equity and Integration in Virginia,*
107 Va. L. Rev. 1115 (2021).

including time, money, and institutional knowledge, in their children's cognitive development and academic success.  *See, e.g.*, Grissom et al., *Money over Merit? Socioeconomic Gaps in Receipt of Gifted Services*, 89 Harv. Educ. Rev. 337, 339-341 (2019) (describing how families with greater "economic, social, and cultural capital" leverage resources to enhance their children's educational opportunities and outcomes).  These investments directly translate into educational advantages like higher receipt of gifted services at the elementary-school level[6] and higher standardized test scores.[7]

Research shows similar patterns along racial and ethnic lines.  For example,

---

[6] *See* Grissom, *Money over Merit?*, 89 Harv. Educ. Rev. at 361 (finding that even within the same school, "students in the highest SES quintile are twice as likely to receive gifted services than observationally similar peers").  Although there is not a precise definition of the concept, gifted programming is generally understood as educational programming intended to "provide enhancements and supports to academically gifted and talented students whose academic needs may not be met in typical general education settings.  Research suggests that gifted services provide important benefits to academically advanced students, including improvements in motivation, self-efficacy, engagement with learning, nonacademic self-concept, and overall stress" as well as "higher academic performance."  *Id.* at 337.  "Research also suggests that the positive impacts of gifted programs can be even greater for low-income students and students of color than for their traditionally more advantaged peers."  *Id.* at 337-338 (citing Card & Giuliano, *Does Gifted Education Work? For Which Students?*, Nat'l Bureau of Econ. Rsch., Working Paper No. 20453 (2014)).

[7] *See, e.g.*, Reardon, *The Widening Academic Achievement Gap Between the Rich and the Poor: New Evidence and Possible Explanations*, in *Whither Opportunity? Rising Inequality, Schools, and Children's Life Chances* 91 (G.J. Duncan & R.J. Murnane, eds., 2011) (finding that the gap in test scores between high- and low-income students has grown substantially in recent decades).

Black and Latinx students are under-identified as eligible for gifted programing relative to white and Asian American students, a phenomenon that has been linked to factors including "neighborhood segregation that affects the likelihood that students from different groups attend a school with a gifted program, differences in teacher expectations that influence referral across student subgroups, narrow evaluation procedures, and test biases that favor White students." Grissom, *Money over Merit?*, 89 Harv. Educ. Rev. at 338.[8] This systemic under-identification can have knock-on effects on the selective admissions process, as participation in gifted programming has been linked to increases in standardized test performance and a higher likelihood of enrollment in advanced courses. *See* Bhatt, *The Impacts of Gifted and Talented Education* 4, Ga. State Univ. Andrew Young Sch. of Pol'y Stud. Rsch. Paper Series, Working Paper No. 09-11 (2009). Further, research suggests that gifted programming has the most measurable positive impact on subsequent academic achievement for low-income students and students of color. *See* Card & Giuliano, *Does Gifted Education Work? For Which Students?* 4, Nat'l

---

[8] *See also* Grissom et. al., *Teacher and Principal Diversity and the Representation of Students of Color in Gifted Programs: Evidence from National Data*, 117 Elementary Sch. J. 396 (2017); Grissom & Redding, *Discretion and Disproportionality: Explaining the Underrepresentation of High-Achieving Students of Color in Gifted Programs*, 2 AERA Open 1 (2016).

Bureau of Econ. Rsch., Working Paper No. 20453 (2014).[9]

Students' backgrounds and family resources can impact their chances of admission to selective high schools for pragmatic reasons as well.  Parents' English literacy (and therefore ability to engage with admissions materials and requirements) and ability to travel for open houses and interviews and pay for exam prep courses can all impact a student's ability to apply to a selective school and receive an offer of admission, independent of a student's academic aptitude or talent.  *See, e.g.*, Phillippo, *A Contest Without Winners: How Students Experience Competitive School Choice* 112-122 (2019).

Asian American students are among the low-income[10] and ELL[11]

---

[9] "[T]he estimated impacts of a gifted classroom environment are systematically larger for lower-income and minority high achievers—groups that are the least likely to meet the traditional criteria for gifted program participation. … . Our results suggest that … a broad-based [gifted] program … can be effective in raising the achievement of relatively high-ability students in lower performing schools, potentially creating a pathway for upward mobility."

[10] *See, e.g.*, Budiman & Ruiz, *Key Facts About Asian Americans, A Diverse and Growing Population*, Pew Research Center (Apr. 29, 2021) ("Despite doing well on economic indicators overall, income varies widely among Asian origin groups[.]"); Kochhar & Cilluffo, *Income Inequality in the U.S. Is Rising Most Rapidly Among Asians*, Pew Research Center (July 12, 2018) ("From 1970 to 2016 … the distribution of income among Asians transformed from being one of the most equal to being one of the most unequal among America's major racial and ethnic groups.").

[11] *See, e.g.*, National Center for Education Statistics, *Indicator 8: English Language Learners in Public Schools* (Feb. 2019) (showing that Asian and Pacific Islander students represent 20.7% and 15.6% of all ELL public school students, respectively).

populations that have historically been disadvantaged by admissions policies that rely in whole or in large part on standardized test scores. Substantial differences in income, education, and English language proficiency exist across racial and ethnic Asian American groups, a fact that is often obscured by demographic data that is not disaggregated by subgroup. *See, e.g.*, Joo et al., *Asian-American Success and the Pitfalls of Generalization*, Brookings Institution (Apr. 20, 2016) (demonstrating academic performance gaps among Asian American subgroups due in part to differences in economic status and access to quality schools); Lee, *Additional Complexities: Social Class, Ethnicity, Generation, and Gender in Asian American Student Experiences*, 9 Race Ethnicity & Educ. 17, 18-23 (2006) (explaining the impact of social class, ethnicity, immigration status, and English literacy on academic achievement for Asian American students in different ethnic groups). As such, many students broadly classified as Asian American stand to benefit from an admissions policy that more equitably accounts for students' backgrounds and experiences.

Taking considerations like TJ's four Experience Factors[12] into account in the admissions process can help to ensure that the inequities inherent in traditional admissions criteria do not prevent Black, Latinx, ELL, and low-income students—

---

[12] *See supra* fn 2.

including ELL and low-income Asian American students—from having a fair shot at the admissions process. As such, this approach can help to foster the kind of racial, cultural, and socioeconomic diversity in secondary education that benefits all students and society.

## III. OVERRELIANCE ON TEST-BASED ASSESSMENTS DOES NOT OBJECTIVELY MEASURE ACADEMIC POTENTIAL

The district court treated TJ's prior admissions practices as a neutral baseline against which the new policy should be judged, finding that, as compared to the old policy, the new policy had a negative effect on Asian American students. *See* JA 2958-2959, 2968-2970. But the prior policy was itself inequitable. Moreover, the results it produced cannot be reasonably treated as either neutral or objectively correct. *See supra* 8-14.

In addition to the discriminatory effect of admissions systems that place dispositive reliance on standardized test scores, standardized tests are imperfect measures of student ability or potential. Those tests—and admissions systems that rely on them to the exclusion of other metrics—evaluate only one component of academic ability and are inferior to other metrics for assessing talent, achievement, potential and other attributes that secondary admissions may seek to identify. And even regarding the objectives or student attributes that test-based systems do purportedly measure, standardized tests have been shown to be a faulty mechanism for distinguishing between students, often measuring instead factors such as access

- 14 -

to expensive test-prep courses and teacher bias.  Further, the use of standardized tests for admissions relies on arbitrary distinctions between statistically similar test performers.

Ultimately, there is no entirely effective, objective, and neutral mechanism for distinguishing between students in admissions processes.  Accordingly, the success that some students and groups—including some Asian American and white students—experienced under the prior system cannot be viewed as an objective evaluation of students against which the results of a new system should be judged. Treating the prior—necessarily limited and flawed, system—as the relevant comparator in measuring the new system's effect on applicants or groups is thus inconsistent with the educational reality on the ground.

## A.    Standardized Tests Measure Only A Partial Picture Of Academic Ability and Potential

To begin, there is no single definition of "merit" that admissions policies— or standardized tests—can aim to identify.  Rather, "identification of merit is sensitive to the measure of merit being used."  Rucinski & Goodman, *Racial Diversity and Measuring Merit: Evidence from Boston's Exam School Admissions* 7, Education Finance & Policy (2021) (manuscript on file with authors and Boston University).  Educators and policymakers must make academic and educational judgments as to what objectives they seek to accomplish in distinguishing between students.  School leadership may determine that a school should prioritize students

- 15 -

with one or more of a number of attributes—i.e., higher order thinking skills, aptitude for certain subject matter, past academic performance, ability to overcome setbacks, ability to excel in highly rigorous or competitive environments, and/or perceived likelihood of future success.

Standardized tests can give a better picture of some of these attributes than others. But the extent to which these metrics are measured by any given test depends on test design and a host of other factors. *See* Koretz, *Measuring Up: What Educational Testing Really Tells Us* 35-45 (2008). For instance, one study showed that the New York City admissions test for eight selective public high schools, the Specialized High School Admissions Test (SHSAT), values extremely high scores in one area (verbal or math) more highly than it does more well-rounded scores across multiple areas. *See* Corcoran & Baker-Smith, *Pathways to an Elite Education: Application, Admission, and Matriculation to New York City's Specialized High Schools*, 13 Educ. Fin. & Pol'y 256, 262 (2018). And in a study of Boston's high school admissions system, gaps in performance on the admissions-specific test existed "even among students with similarly high baseline achievement as measured by the state's mandatory standardized test" such that "[t]he choice of standardized test used to measure academic merit strongly affects who is admitted." Rucinski & Goodman, *Racial Diversity and Measuring Merit* 2; *id.* at 14 ("Black and Hispanic students' achievement or rank in the admissions

process is deeply affected by which exam is used to measure it."). *See also* Treschan et al., *The Meaning of Merit: Alternatives for Determining Admission to New York City's Specialized High Schools* 13, New York: Community Service Society & NAACP Legal Defense and Educational Fund (2013) (comparing statewide standardized tests—which often undergo rigorous analysis by testing experts and are aligned with state and federal curriculum—against standards to school-admissions-specific exams).

Said another way, standardized tests cannot simply determine which students are "better" or "more meritorious" than others; they must be designed to identify specific skill sets or attributes, and they are not capable of assessing many or all attributes that schools may deem important. *See* Koretz, *Measuring Up* 37. "No test, no matter how it is scored or how well it is designed, is a perfect measure of a student's ability in whatever dimension being tested. All scores are merely estimates of the underlying trait that is being measured. There is uncertainty or imprecision around those estimates." Feinman, *High Stakes but Low Validity? A Case Study of Standardized Tests and Admissions into New York City's Specialized High Schools* 18 (2008); *see also* Corcoran & Baker-Smith, *Pathways to an Elite Education*, 13 Educ. Fin. & Pol'y at 258, 268 (showing discrepancies, often along gender and racial lines, in students' standardized test performance uncorrelated to other metrics of academic success).

Test-centric admissions policies can therefore "enforce[] an artificially narrow view of merit."  Treschan, *The Meaning of Merit* 4.  For example, such a system might disfavor "a student who attended an under-resourced public middle school and navigated difficult life circumstances to achieve excellent grades and a pristine attendance record along with other significant accomplishments" while favoring "a student with lower grades and spotty attendance who took an expensive private prep course in order to get a higher score on the test."  *Id.* Scores on a single test can give a picture of a student's skill set on a given day, whereas other metrics such as grades, attendance, and recommendations can "tell a story of progress, perseverance and hard work."  *Id.* at 12.  In addition, some studies suggest that "grades are better predictors of student performance than standardized tests."  *Id.*  Other metrics can "offer insight into an applicant's emotional intelligence, character, and behavior, which are strong predictors of future aptitude and success."  *Id.* at 13.  Tests alone cannot capture this full picture of academic aptitude or future ability to succeed.  This is particularly true given that, in the context of competitive secondary schools, admissions officials are evaluating thirteen- and fourteen-year-olds.

### B. Standardized Tests Are Unreliable Predictors of Academic Success

Even to the extent that standardized tests can be designed to assess certain characteristics, they are hardly a perfect measure of student capability.  Multiple

studies have found that the tests used by secondary school systems are flawed and can be, at best, uncertain predictors of academic success. *See* Koretz, *Measuring Up* 115 ("A huge body of research collected in the United States over a half century documents … [and] [e]veryone who studies educational achievement knows that differences in scores arise in substantial part from noneducational factors."). Instead of measuring student talent, ability, or intellect, standardized test scores can be heavily influenced by students' backgrounds, wealth, and even racial bias. Schools should not be faulted for refusing to use measures of these differences as the basis for distinguishing between students for admission.

For instance, studies have shown that heavy reliance on a standardized test can give a significant advantage to students with access to test preparation classes or tutors, which can cost thousands of dollars. *See* Feinman, *High Stakes, but Low Validity?*, at 1. Test-prep companies and tutors are able to teach students the specific content that will be on the test (and which may be absent or underemphasized in their school's curriculum), and can also teach applicants tricks to "game" the test using its specific scoring system—factors that have nothing to do with academic "merit" or future success. *See* Treschan, *The Meaning of Merit* 6. This discrepancy may also lead certain students without access to these resources not to apply to admissions-based schools at all. *See* Rucinski & Goodman, *Racial Diversity and Measuring Merit* 5; Corcoran & Baker-Smith,

*Pathways to an Elite Education*, 13 Educ. Fin. & Pol'y at 261-263.  This distorts the applicant pool and causes schools to miss qualified students.

In addition, student test results have been shown to be affected by racial stereotype bias and race-based differences in teachers' treatment of students.  One study found that female Asian Americans performed better on a math test when experimenters cued, or intentionally reminded testers of, their ethnic identity, but performed worse when the experimenters cued their gender.  Cheryan & Bodenhausen, *When Positive Stereotypes Threaten Intellectual Performance: The Psychological Hazards of "Model Minority" Status*, 11 Psych. Sci. 339 (2000).  Another study found evidence that even the "promise of being viewed through the lens of a positive stereotype … leads one to perform in such a way that confirms the positive stereotype, thereby enhancing academic performance."  Lee & Zhou, *From Unassimilable to Exceptional: The Rise of Asian Americans and "Stereotype Promise"*, 16 New Diversities 7, 19 (2014).  These studies demonstrate that "test performance is both malleable and susceptible to implicit cues."  *Id.*

Research also shows that student racial-cultural markers shape teacher perceptions and that teacher perceptions influence student achievement, including on standardized tests.  Irizarry & Cohen, *Of Promise and Penalties: How Student Racial-Cultural Markers Shape Teacher Perceptions*, 11 Race & Soc. Problems 93, 93-95 (2019).  For instance, one study found that teachers asked to rate

students' skills in language and literacy rated Black students lower as compared to other student groups, even controlling for test performance and other contextual factors. *See id.* The study likewise showed that teachers rated Asian American students higher in math, but that the ratings differed between East Asian and Southeast Asian immigrants, again controlling for test performance and other factors. *Id.* These perceptions have concrete effects on student development and performance. "Teachers' perceptions of Asian Americans affected the grades that the Chinese and Vietnamese students received, the extra help they were offered with their coursework … and their likelihood of being placed into academic programs … (Gifted and Talented Education) and … competitive academic tracks like Advanced Placement (AP) and Honors." Lee & Zhou, *From Unassimilable to Exceptional*, 16 New Diversities at 17. Teachers' positive stereotypes of certain students become a self-fulfilling prophecy that can lead to stronger test performance. *See id.* 17-19. These findings suggest that "[w]hereas negative stereotypes about black students' intellectual abilities have been shown to depress their performance on standardized tests, positive stereotypes about Asians may provide an incentive to live up to high expectations" and can "lead to a boost in performance." Irizarry & Cohen, *Of Promise and Penalties*, 11 Race & Soc. Problems at 94-95 (citation omitted).

These non-academic drivers of test performance can accordingly result in race-based differences in admissions that are not reflective of differences in student ability, across and within ethnic and racial groups.[13]

Finally, even taking ability to perform on a standardized test as a valuable measure of academic ability, standardized tests may well be incapable of meaningfully distinguishing between students who perform similarly on a given test. A 2008 study by economist Joshua Feinman found that thousands of students who were offered admission to New York's specialized high schools after taking New York's SHSAT had statistically indistinguishable SHSAT scores from thousands of other students who were denied admission. Feinman, *High Stakes, but Low Validity?*, at 1. Worse still, Feinman's findings suggest that students may

---

[13] Notably, Asian American students from different ethnic backgrounds tend to have disparate performance patterns on standardized tests. *See* Koretz, *Measuring Up* 101 (explaining that test performance "variability *within* any … racial or ethnic group[] is very large, almost as large as in the student population as a whole"). This is consistent with the fact that some groups of Asian Americans, including Indian and Filipino Americans, tend to be wealthier and more educated on average than immigrants from other Asian nations. *See* Budiman & Ruiz, *Key Facts About Asian Americans, A Diverse and Growing Population*. The district court erroneously treated the TJ admissions policy as having a constant effect across all Asian American applicants. *See, e.g.*, JA2970 ("Asian-American students are disproportionately harmed by the Board's decision to overhaul TJ admissions."). But there is no evidence-based reason for assessing the policy in this way. *See* Joo, *Asian-American Success and the Pitfalls of Generalization* (explaining the pitfalls of generalizing assessments of student success across all Asian Americans and assessing the impact of school quality on achievement across different groups of Asian Americans).

be advantaged or disadvantaged by the random distribution of different versions of the same test. *See id*.

Because of the limitations of standardized tests, as well as their inability to measure a variety or important student attributes, the consensus of educational experts is that such tests should not be used as the sole or predominant metric in academic admissions systems. *See, e.g.*, Treschan, *The Meaning of Merit* 3 (explaining that over-reliance on standardized testing, or any one metric, is counter to accepted norms in the field of testing, known as psychometrics). "Overwhelmingly, [predictive validity] studies have found that multiple imperfect criteria, used in tandem, provide better insight into future student performance than a single imperfect criterion." Feinman, *High Stakes, but Low Validity?*, at 2. Accordingly, most competitive secondary school admissions systems (like college and university admissions systems) do in fact treat standardized tests as only one piece of information bearing on student evaluation. *See id.*; Treschan, *The Meaning of Merit* 2. These schools often use other metrics, including those employed in TJ's new admissions system, to gain a more holistic view of students that is less arbitrary, manipulable, and biased.

### C. There Are Strong Education-Based Reasons to Change Admissions Systems

In light of the issues described, standardized-test based systems like the one TJ has rejected can hardly be viewed as reliable measures of academic success or

aptitude.  As explained below, there is often little evidence of such systems' ability to accurately predict future performance in the very schools that use them for admissions.  Strong performance on these tests therefore is not necessarily an indicator that a student is better suited or more deserving of a place in a selective high school. A school's decision to reassess the tests' role in the admissions system is amply supported by nondiscriminatory educational factors.

For example, New York's SHSAT has *never* been subjected to predictive performance validation studies—designed to determine whether admissions tests actually identify students likely to do well at the institutions that use them.  There is no evidence whatsoever that the SHSAT accurately measures the skills or attributes necessary to succeed in New York's specialized high schools.  *See* Treschan, *The Meaning of Merit* 2.  In fact, advocates filed a federal civil rights complaint against the New York City Department of Education to require that action, arguing that the current test-based system is unconstitutionally arbitrary and discriminatory.[14]  And the U.S. Department of Education Office for Civil Rights opened an official investigation to assess the fairness of New York City's approach.  *See id*.  If policymakers choose to conduct predictive validity studies and reform the SHSAT or its role in the schools' admissions system to better align

---

[14] Compl. of NAACP Legal Defense and Educational Fund et al (OCR June 9, 2011).

with predicting academic performance, that decision must be understood as a permissible—even necessary—exercise of academic judgment and should not be subject to constitutional suspicion, much less heightened scrutiny.

The point is not that standardized tests need be abandoned in all cases; all admissions criteria and systems have drawbacks and weaknesses. Rather, the key fact that both the district court and plaintiffs miss is that there are ample education-based reasons for reassessing the role of tests in an admissions system. Further, an admissions system designed around a single test cannot be realistically viewed as an agnostic ideal against which changes must be measured as deviations from the search for "merit." Because of the highly contingent nature of various academic measures and the judgments inherent in decisions related to how students should be evaluated, distinguished, and prioritized, admissions systems must be evaluated on their own accord and not against a prior, necessarily flawed approach. A system like the one TJ used prior to December 2020 that is strongly reliant on standardized testing is a particularly poor comparator, given the documented flaws in test-based admissions systems.

The district court's approach would not only lock in a flawed and potentially arbitrary measure of academic ability that is likely making arbitrary distinctions between applicants; it would also lock in historic inequities and a single conception of the attributes that TJ is looking for in its students. And it would leave educators

- 25 -

across the country unsure of how to navigate competing goals of equality in access to education.  What would be unconstitutional in one system (because it reflects a change) would be constitutionally mandated in another (because it reflects a baseline).  That would be true regardless of whether the existing system operated in fact to discriminate between students or failed to meaningfully distinguish between students based on relevant attributes, including predicting their ability to succeed in the school to which they seek admission.  This makes little sense.  Given the wide array of admissions systems used in secondary schools and advanced degree programs, subjecting any changes to those systems to strict scrutiny would make it impossible for administrators and educators to administer admissions programs that aim to effectively and fairly distinguish between students.

## CONCLUSION

The judgment of the district court should be reversed.

Respectfully submitted,

/s/ Debo P. Adegbile

SUSAN M. PELLETIER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000

May 13, 2022

DEBO P. ADEGBILE
CLARA S. SPERA
LYDIA J. TURNAGE
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies that this brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(i), and Rule 29(a)(5).

1.      Exclusive of the exempted portions of the brief, as provided in Fed. R. App. P. 32(f), the brief contains 6,082 words.

2.      The brief has been prepared in proportionally spaced typeface using Microsoft Word for Office 365 in 14 point Times New Roman font.  As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ Debo P. Adegbile
DEBO P. ADEGBILE

May 13, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2022, I electronically filed the foregoing with the Clerk of Court of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system.  Counsel for all parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Debo P. Adegbile
DEBO P. ADEGBILE

# ADDENDUM

**Elise Castillo**, Ph.D. is an Assistant Professor of Educational Studies at Trinity College in Hartford, Connecticut.[1]  She has authored and co-authored numerous peer-reviewed articles on school desegregation and school choice, including, *More of the Diversity Aspect and Less of the Desegregation Aspect':* *Asian Americans and Desegregation in Metropolitan Hartford*, Race, Ethnicity, and Education (2022), *Integration Versus Meritocracy? Competing Educational* *Goals During the COVID-19 Pandemic*, AERA Open (2021) (with Molly Vollman Makris and Mira Debs), and *A Neoliberal Grammar of Schooling? How a* *Progressive Charter School Moved Toward Market Values*, American Journal of Education (2020).

**Sean P. Corcoran**, Ph.D. is an Associate Professor of Public Policy and Education at Peabody College, Vanderbilt University.  He is an Associate Editor of the journal Education Finance and Policy and serves on the editorial boards of Educational Evaluation and Policy Analysis and Sociology of Education.  He has authored and co-authored numerous peer-reviewed articles on school finance, teacher effectiveness, and school choice, including *Pathways to an Elite* *Education: Application, Admission, and Matriculation to New York City's*

---

[1] Institutional affiliations are listed for purposes of identification only.

*Specialized High Schools*, Education Finance & Policy (2018) (with Christine Baker-Smith).

**Mira Debs**, Ph.D. is the Executive Director of Yale University's Education Studies program and a lecturer in the Department of Sociology. She has authored and co-authored numerous peer reviewed articles and books including *Diverse Families, Desirable Schools: Public Montessori in the Era of School Choice* (2019), *Integration Versus Meritocracy? Competing Educational Goals During the COVID-19 Pandemic*, AERA Open (2020) (with Elise Castillo and Molly Makris) and *Structure-reinforced Privilege: Educational Inequality in the Singaporean Primary School Choice System*, Comparative Education (2020) (with Hoi-Shan Cheung)

**Kate Phillippo**, Ph.D., is Professor in the Schools of Education and Social Work at Loyola University Chicago. She is Associate Editor of The Urban Review and serves on the editorial board of School Mental health. Phillippo has published two peer-reviewed books, including *A Contest Without Winners: How Students Experience Competitive School Choice* (2019), and 25 peer-reviewed articles on urban education policy and student wellness policy.

**OiYan Poon**, Ph.D. is an Associate Professor Affiliate in the Colorado State University School of Education and a Visiting Professor at the University of Maryland College of Education. She has authored and co-authored numerous

peer-reviewed articles and books, including *Asian Americans, Affirmative Action, and the Political Economy of Racism*, Harvard Educational Review (2019) and *Rethinking College Admissions: Research-Based Practice and Policy* (forthcoming, 2022).  The Association for Asian American Studies, American Education Research Association, and the Association for the Study of Higher Education have all presented Dr. Poon with awards in recognition of her scholarship.

**Rand Quinn**, Ph.D. is associate professor of education policy and leadership at the University of Pennsylvania.  He studies school desegregation, school choice, and the politics of race and class in urban school reform.  Quinn is the author of *Class Action: Desegregation and Diversity in San Francisco Schools* (2020).  The book examines student assignment policy in the city over the last half century, its transformation from a remedy for state discrimination to a tool for achieving diversity, and how local community advocacy and evolving legal landscapes facilitated this transformation.

**Erica O. Turner**, Ph.D. is an Associate Professor of Education Policy Studies at the University of Wisconsin-Madison.  She is an Associate Editor at Educational Researcher and serves on the editorial board of Educational Evaluation and Policy Analysis.  Her book *Suddenly Diverse: How School Districts Manage Race and Inequality* (2020) chronicles how two Midwestern

school districts respond to demographic change in ways that perpetuate existing inequalities and advance new forms of racism. *Suddenly Diverse* won the American Educational Studies Association's Critics' Choice Book Award and the Center for Urban Ethnography at Penn GSE's Outstanding Ethnography in Education Book Award.

**Natasha Warikoo** is Professor of Sociology at Tufts University. A former Guggenheim Fellow, Warikoo is the author of *Race at the Top: Asian Americans and Whites in Pursuit of the American Dream in Suburban Schools* (forthcoming, May 2022), which highlights tensions between Asian American and white families as they look toward the college application process. In addition, she is author of *The Diversity Bargain: And Other Dilemmas of Race, Admissions, and Meritocracy at Elite Universities* (2016), which illuminates how undergraduates attending Ivy League colleges and Oxford in Britain make sense of affirmative action, merit in admissions, and race. *The Diversity Bargain* won two awards in the sociology of race and ethnicity, and an award from the American Education Studies Association. Warikoo's first book, *Balancing Acts: Youth Culture in the Global City* (2011) won the award for best book in international migration from the American Sociological Association. Her book on affirmative action will come out in fall 2022. Warikoo is co-chair of Scholars Strategy Network Boston, which aims to connect scholars, policymakers, and community leaders to effect change.

**Kevin Welner**, J.D., Ph.D. is professor of education policy at the University of Colorado Boulder School of Education and (by courtesy) at the School of Law, and he serves as the director of the National Education Policy Center. Professor Welner is a Senior Research Fellow at the Learning Policy Institute and a Fellow of the American Educational Research Association, which also awarded him its Early Career Award, its Palmer O. Johnson Award for outstanding article, and its Outstanding Public Communication of Education Research Award. Welner has authored or edited 16 books, including *Closing the Opportunity Gap* (2013) (co-edited with Prudence Carter), and the law school casebook, *Education and the Law* (with Stuart Biegel and Bob Kim).

**Janelle Wong**, Ph.D. is professor of American Studies and Government and Politics at the University of Maryland, College Park. She is the co-author of *Asian American Political Participation* (2011) (with Taeku Lee, Jane Junn, and Karthick Ramakrishnan) and the *Politics of Asian Americans: Diversity and Community* (2004) (with Pei-te Lien and M. Margaret Conway). Wong has published on discrimination against Asian Americans and Asian American socioeconomic diversity, including *Reflections on 2020: Challenging Stereotypes in Asian American Politics*, Amerasia Journal (2021) and *The Working Lives and Struggles of Asian Americans and Pacific Islanders in California*, PRRI (2019). Wong served as Director of the Asian American Studies Program at the University of

Maryland, College Park from 2012 to 2017. She is the recipient of the 2019 Don T. Nakanishi Award for Distinguished Scholarship and Service in Asian Pacific American Politics from the Asian Pacific American Caucus of the Western Political Science Association.