# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

COALITION FOR TJ,

*Plaintiff-Appellee*,

v.

FAIRFAX COUNTY SCHOOL BOARD,

*Defendant-Appellant*.

No. 22-1280
(No. 1:21-cv-00296-CMH)

## MOTION TO WITHDRAW MICA L. MOORE AS COUNSEL

Pursuant to Fourth Circuit Local Rule 46(c), Mica L. Moore respectfully requests that this Court withdraw her appearance as counsel for Defendant-Appellant Fairfax County School Board, as Ms. Moore will no longer be affiliated with the law firm Munger, Tolles & Olson LLP. Defendant-Appellant will continue to be represented by other counsel of record from Munger, Tolles & Olson LLP. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed Plaintiff-Appellee of the intended filing of this motion. Plaintiff-Appellee has no objection.

1

2

DATED: January 6, 2023

Respectfully submitted,

MUNGER TOLLES & OLSON LLP

By:    */s/ Mica L. Moore*

Mica L. Moore
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
T: (213) 683-9100

*Counsel for Defendant-Appellant*
*Fairfax County School Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, I will cause a true and correct copy of the foregoing document to be filed with the Court by CM/ECF, which will send notice of this filing to all counsel of record.


Dated: January 6, 2023                    By: *Mica L. Moore*
                                          Mica L. Moore