FILED: May 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1280
(1:21-cv-00296-CMH-JFA)

_____

COALITION FOR TJ

       Plaintiff - Appellee

v.

FAIRFAX COUNTY SCHOOL BOARD

       Defendant - Appellant

------------------------------

NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.; CASA VIRGINIA; ASIAN AMERICAN YOUTH LEADERSHIP EMPOWERMENT AND DEVELOPMENT; NATIONAL COALITION ON SCHOOL DIVERSITY; POVERTY & RACE RESEARCH ACTION COUNSEL; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF VIRGINIA; LAWYERS COMMITTEE FOR CIVIL RIGHTS; WASHINGTON LAWYERS COMMITTEE FOR CIVIL RIGHTS; TJ ALUMNI FOR RACIAL JUSTICE; VIRGINIA STATE CONFERENCE OF THE NAACP; CASA, INC.; HISPANIC FEDERATION; HAMKAE CENTER; MASSACHUSETTS; CALIFORNIA; COLORADO; DELAWARE; DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MARYLAND; MICHIGAN; MINNESOTA; NEW MEXICO; NEW YORK; OREGON; VERMONT; WASHINGTON; PROFESSORS OF SOCIAL SCIENCE AND EDUCATION POLICY; UNITED STATES OF AMERICA

       Amici Supporting Appellant

COMMONWEALTH OF VIRGINIA; SOUTHEASTERN LEGAL FOUNDATION; JUDICIAL WATCH, INCORPORATED; ALLIED EDUCATIONAL FOUNDATION; THE AMERICAN CIVIL RIGHTS PROJECT; THE MANHATTAN INSTITUTE; AMERICAN HINDU COALITION; CHINESE AMERICAN CITIZENS ALLIANCE, -Greater New York; FRIENDS OF LOWELL FOUNDATION; NO LEFT TURN IN EDUCATION; PARENT LEADERS FOR ACCELERATED CURRICULUM AND EDUCATION NYC; THE RICHMOND JEWISH COALITION; UNITED AGAINST ANTISEMITISM-NOVA; LIBERTY JUSTICE CENTER; THE ASIAN AMERICAN COALITION FOR EDUCATION; THE ASIAN AMERICAN LEGAL FOUNDATION; COMMONWEALTH OF VIRGINIA AND 15 OTHER STATES; FAIRFAX COUNTY PARENTS ASSOCIATION; FAIRFAX COUNTY ASSOCIATION FOR THE GIFTED

        Amici Supporting Appellee

---

## J U D G M E N T

---

        In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

        This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                              /s/ PATRICIA S. CONNOR, CLERK