No. 22-1280

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

COALITION FOR TJ,

*Plaintiff-Appellee,*

vs.

FAIRFAX COUNTY SCHOOL BOARD,

*Defendant-Appellant.*

On Appeal From The United States District Court for the Eastern District of Virginia, Case No. 1:21-cv-00296-CMH
The Hon. Claude M. Hilton

**APPELLANT'S MOTION FOR LEAVE TO FILE BILL OF COSTS OUT OF TIME**

Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500

Trevor S. Cox (VSB No. 78396)
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-7221

Donald B. Verrilli, Jr.
Ginger D. Anders
Xiaonan April Hu
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW,
Suite 500 E
Washington, DC 20001
Telephone: (202) 220-1100

*Counsel for Fairfax County School Board*

On May 23, 2023, this Court entered judgment in favor of Appellant Fairfax County School Board (the "Board") and ordered the case remanded for entry of summary judgment in favor of the Board. Pursuant to Federal Rules of Appellate Procedure 39(a) and as the prevailing party on appeal, the Board is entitled to have its costs taxed against Appellee Coalition for TJ (the "Coalition"). Rule 39(d) additionally provides that a party seeking to have its costs taxed must "within 14 days after entry of judgment" file and serve an itemized and verified bills of costs with the circuit clerk. That deadline was June 6, 2023.

Due to an internal error, the Board mistakenly believed the deadline to file its motion of costs was June 7, 2023, and seeks leave from the Court to file its bill of costs one day late. The Coalition has informed the Board it will oppose the Board's motion. This Court has the discretion to grant motions for costs filed out-of-time pursuant to Federal Rule of Appellate Procedure 26(b), and has previously exercised its direction to do so in situations where, as here, the prevailing party filed its bill of costs one day late and the delay did not prejudice the opposing party. *See, e.g.*, Order, *Supinger v. Holcomb*, No. 16-1932 (4th Cir. Dec. 29, 2017), ECF No. 87; Order, *Bacon v. City of Richmond*, No. 06-1347 (4th Cir. Feb. 14, 2007). Accordingly, the Board respectfully moves the Court for leave to file its bill of costs out of time.

1

DATED:  June 7, 2023       MUNGER, TOLLES & OLSON LLP


By:   /s/ Donald B. Verrilli, Jr.

Sona Rewari (VSB No. 47327)   Donald B. Verrilli, Jr.
HUNTON ANDREWS KURTH LLP   Ginger D. Anders
2200 Pennsylvania Avenue, NW   Xiaonan April Hu
Washington, DC 20037   MUNGER, TOLLES & OLSON LLP
Telephone: (202) 955-1500   601 Massachusetts Avenue NW, Suite 500 E
   Washington, DC 20001
Trevor S. Cox (VSB No. 78396)   Telephone:  (202) 220-1100
HUNTON ANDREWS KURTH LLP
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-7221

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d), I certify that the attached motion is proportionally spaced, has a typeface of 14 points, and contains 254 words.

DATED: June 7, 2023               MUNGER, TOLLES & OLSON LLP

                                  By:      /s/ Donald B. Verrilli, Jr.
                                       Donald B. Verrilli, Jr.
                                       *Counsel for Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which sent notification of such filing to all registered CM/ECF users.

DATED: June 7, 2023                    MUNGER, TOLLES & OLSON LLP

By:    /s/ Donald B. Verrilli, Jr.
Donald B. Verrilli, Jr.
*Counsel for Fairfax County School Board*

4