No. 22-1280

_____

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

COALITION FOR TJ,

Plaintiff – Appellee,

v.

FAIRFAX COUNTY SCHOOL BOARD,

Defendant – Appellant.

_____

On Appeal from the United States District Court
for the Eastern District of Virginia, No. 1:21-cv-00296-CMH
Honorable Claude M. Hilton, District Judge

_____

**APPELLEE'S OPPOSITION TO
MOTION TO FILE BILL OF COSTS OUT OF TIME**

_____

GLENN E. ROPER
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
North Highlands, Colorado 80129
Telephone: (916) 419-7111
Email: GERoper@pacificlegal.org

ALISON E. SOMIN
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 610
Arlington, Virginia 22201
(202) 888-6881
Email: ASomin@pacificlegal.org

ERIN E. WILCOX
CHRISTOPHER M. KIESER
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Email: EWilcox@pacificlegal.org
Email: CKieser@pacificlegal.org

*Attorneys for Plaintiff – Appellee*

This Court entered judgment in favor of Appellant Fairfax County School Board on May 23, 2023. Pursuant to Federal Rule of Appellate Procedure 39(d), as the prevailing party on appeal, Appellant's deadline to file and serve an itemized and verified bill of costs with the circuit clerk was "within 14 days after entry of judgment." Due to an "internal error," Appellant missed this deadline by one day and now seeks leave from this Court to file its bill of costs out of time.

While this Court may use its discretion to extend the time for filing the bill of costs, such an extension must be for good cause. Fed. R. Civ. P. 26(b). Other circuit courts have found that "inadvertent miscalendaring of the time for filing" and "inattendance to office chores and good faith mistakes are not sufficient to show good cause." *Mollura v. Miller*, 621 F.2d 334, 335–36 (9th Cir. 1980); *accord Denofre v. Transportation Insurance Rating Bureau*, 560 F.2d 859, 861 (7th Cir. 1977) (missed deadline because attorney was out of office insufficient to show good cause); *Laffey v. Northwest Airlines, Inc.*, 587 F.2d 1223, 1224 (D.C. Cir. 1978) (misunderstanding of timeliness requirement does not constitute good cause). The 14-day time limit in Rule 39(d) is clear and definite; "infer[ring] good cause for noncompliance merely from a mistake in

1

calendaring … would seriously undermine the policy of the rules."

*Mollura*, 621 F.2d at 336. Appellant's motion should be denied.

DATED: June 20, 2023.

          Respectfully submitted,

          ERIN E. WILCOX
          CHRISTOPHER M. KIESER
          GLENN E. ROPER
          ALISON E. SOMIN

          s/ Erin E. Wilcox
          ERIN E. WILCOX

          *Attorneys for Plaintiff – Appellee*

## Certificate of Compliance

Pursuant to Federal Rule of Appellate Procedure 32(a)(7)(C), 32(a)(5), 32(a)(6), and 27(d)(2)(a), I certify that the attached opposition is proportionally spaced, has a typeface of 14 points and contains 242 words.

**Signature** s/ Erin E. Wilcox          **Date** June 20, 2023
        ERIN E. WILCOX

## Certificate of Service

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Erin E. Wilcox<br>
ERIN E. WILCOX

4