# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 23, 2023

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Coalition for TJ
          v. Fairfax County School Board
          No. 23-170
          (Your No. 22-1280)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 21, 2023 and placed on the docket August 23, 2023 as No. 23-170.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Sara Simmons
                          Case Analyst