# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 20, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Coalition for TJ
v. Fairfax County School Board
No. 23-170
(Your No. 22-1280)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Alito, with whom Justice Thomas joins, dissenting from the denial of certiorari.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk